UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JKJ CHEVROLET, INC
Debtor(s)

Case no.: 91-14535 DOT
Chapter 7

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S..C. 347, the Trustee herein submits a check payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name & Address | Amount Dividend |
|---|---|
| ADDISON AUTO PARTS<br>C/O Margaret A. Jennings<br>1201 Pennsylvania Ave., NW<br>Washington, DC 20044 | $ 2,842.84 |
| AL'S MOTORS<br>3910 Wilson Blvd.<br>Arlington, VA 22203 | 58.76 |
| AQUIA AUTO INTERIORS<br>2288 Longview Drive<br>Woodbridge, VA 22191 | 152.25 |
| AT&T<br>C/O James M. Lewis<br>P.O. Box 9346<br>McLean, VA 22102 | 5,707.16 |
| AT&T DIRECT MARKETING SERVICES<br>895 Central Ave.<br>8th Floor<br>Cincinnati, OH 45202 | 9,434.51 |

| | |
|---|---:|
| BANKS AUTO PARTS<br>Route 18, Box 186<br>Fredericksburg, VA 22401 | 41.27 |
| C&P TELEPHONE COMPANY<br>C/O W. R. Feldman<br>6707 Democracy Blvd., #400<br>Bethesda, MD 20817-1129 | 4,639.21 |
| COLLINS STORE ASSOCIATES<br>C/O James R. Schroll<br>2000 North 14th Street, #100<br>Arlington, VA 22201 | $4,792.60 |
| DIVERSIFIED CLEANING SERVICES<br>P.O. Box 13153<br>Alexandria, VA 22312 | 423.10 |
| DOMINION LEASING CORPORATION<br>C/O Seth B. Shapiro<br>1001 K Street, NW<br>#1100K<br>Washington, DC 20006 | 25,680.60 |
| KOONS PLAZA LEASING<br>C/O Daniel K. Moller<br>11707 Bowman Green Drive<br>Reston, VA 22090 | 6,210.81 |
| LUSTINE CHEVROLET<br>5710 Baltimore Ave.<br>Hyattsville, MD 20781-1697 | 3,193.83 |
| MILL ST. DEVELOPMENT CO.<br>C/O David McC. Estabrook, Esq.<br>1355 Beverly Road, #225<br>McLean, VA 22101 | 11,842.51 |
| MOBIL OIL CREDIT CORPORATION<br>P.O. Box 419959<br>Kansas City, MO 64141 | 2.20 |

| | |
|---|---|
| NORTHERN VIRGINIA NATURAL GAS<br>P.O. Box 2432<br>Washington, DC 20013-2432 | 3,306.25 |
| PRINTING PLACE<br>C/O W.V. Goodwyn<br>31 Inverness Center Parkway, #380<br>Birmingham, AL 35242-4822 | 33.80 |
| TOWN & COUNTRY INVESTMENTS<br>c/o Anne M. Richard<br>510 King Street, #200<br>Alexandria, VA 22314 | $7,041.45 |
| VIRGINIA POWER<br>C/O W.R. Feldman<br>6707 Democracy Blvd., #400<br>Bethesda, MD 20817-1129 | 9,821.27 |
| WASHINGTON GAS<br>P.O. Box 2432<br>Washington, DC 20013-2432 | 1,559.91 |
| WASHINGTON POST<br>C/O John G. Apostle, III<br>1620 L Street, NW<br>#900<br>Washington, DC 20038-5605 | 2,467.51 |
| | 99,251.84 |

Dated: 4/02/2013

/s/ Richard G. Hall
Richard G. Hall
7369 McWhorter Place, Ste.412
Annandale, VA 22003
703/256-7159