**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
___Alexandria___ Division

In re  JKJ Chevrolet, Inc.                                                  Case No.  91-14535-DOT

                              Debtor(s)                                     Chapter  7

**ORDER FOR RETURN OF UNCLAIMED FUNDS**

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ $9,821.27, currently on deposit with the Treasury of the United States, be returned to:

Virginia Power
Dominion Resources, Inc.
c/o Tommy Andrews, Jr.
122 North Alfred Street
Alexandria, VA 22314

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date:  Aug 29 2013                                   /s/ Douglas O. Tice Jr.
                                                     United States Bankruptcy Judge

                                                     NOTICE OF JUDGMENT OR ORDER
                                                     ENTERED ON DOCKET:
                                                     Aug 29 2013

pc: Financial Deputy

[ounclmfd ver. 03/04]