# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

**In re** JKJ Chevrolet, Inc.                         **Case No.** 91-14535-KLP

**Debtor(s)**                         **Chapter** 7

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 5,707.16 , currently on deposit with the Treasury of the United States, be returned to:

AT&T Corp.
c/o Dale Kennedy
American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK 73013-5498

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Sep 8 2016                         /s/ Keith L. Phillips
                                         United States Bankruptcy Judge

                                         NOTICE OF JUDGMENT OR ORDER
                                         ENTERED ON DOCKET:
                                         September 8, 2016

pc: Financial Administrator

[ounclmfd ver. 03/06]