UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re: JKJ CHEVROLET, INC., et als.   §   Case No. 91-14535-DOT
§
§
§
Debtor(s)

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD HALL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,177,433.67 | Claims Discharged Without Payment: | $67,888,277.45 |
| Total Expenses of Administration: | $980,339.00 | | |

3) Total gross receipts of $4,182,909.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $25,136.71 (see **Exhibit 2**), yielded net receipts of $4,157,772.60 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $2,925,536.98 | $2,925,536.98 | $2,925,536.98 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 |  |  | $453,025.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $2,738,923.97 | $527,313.81 | $527,313.81 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $616,641.96 | $616,641.96 | $251,896.53 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $67,271,635.49 | $67,271,635.49 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $70,627,200.00 | $68,534,609.00 | $4,157,772.51 |

4) This case was originally filed under chapter 11 on 10/21/1991 & was converted to chapter 7 on 07/07/1992. The case was pending for 264 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2017    By: /s/ Richard Hall
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| LEGAL SETTLEMENT | 1249-000 | $3,433,904.00 |
| INTEREST EARNED | 1270-000 | $2,215.65 |
| TAX REFUND | 1224-000 | $780.00 |
| LEGAL SETTLEMENT | 1249-000 | $746,009.73 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$4,182,909.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Fairfax County | Per Order 7/23/10 DOC#849 | 8500-000 | $25,136.71 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$25,136.71** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 35 | Ford Motor Credit | 2990-000 | | $2,925,536.90 | $2,925,536.90 | $2,925,536.98 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $2,925,536.90 | $2,925,536.90 | $2,925,536.98 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD G HALL TR EXPENSES | 2200-000 | N/A | $5,598.85 | $1,699.24 | $1,699.24 |
| ARTHUR LANDER, CPA | 3410-000 | N/A | $19,527.50 | $19,527.50 | $19,527.50 |
| ARTHUR LANDER, CPA | 3420-000 | N/A | $2,275.20 | $2,275.20 | $2,275.20 |
| UST Ch 11 Qtrly Fees | 2950-000 | N/A | $1,750.00 | $1,750.00 | $1,750.00 |
| RICHARD G HALL TR FEES | 2100-000 | N/A | $152,284.91 | $101,330.39 | $101,330.39 |
| Filing Fees/Ct Costs | 2700-000 | N/A | | | $24,699.56 |
| Storage Fees | 2410-000 | N/A | | | $8,075.00 |
| Henry & O'Donnell Special Counsel to TR | 3210-000 | N/A | $167,650.00 | $167,650.00 | $167,650.00 |
| Henry & O'Donnell Expenses | 3220-000 | N/A | $7,657.22 | $7,657.22 | $7,657.22 |
| John Connors, Fees Special Counsel | 3210-000 | N/A | $34,530.00 | $34,530.00 | $34,530.00 |
| John Connors, Exp Special Counsel | 3220-000 | N/A | $2,826.13 | $2,826.13 | $2,826.13 |
| Barry Strickland, Fees Acct. for Tr. | 3410-000 | N/A | $12,696.05 | $12,696.05 | $12,696.05 |
| Barry Strickland, Exp. Acct for Tr. | 3420-000 | N/A | $1,355.70 | $1,355.70 | $1,355.70 |
| Chapter 7 Bond Premiums | 2300-000 | N/A | | | $1,548.55 |
| Dist per prev orders | 2990-000 | N/A | | | $65,404.65 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $408,151.56 | $335,727.43 | $453,025.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADDISON AUTO PARTS | 6990-000 | N/A | $306.10 | $306.10 | $55.63 |
| ADDISON AUTO PARTS | 6990-000 | N/A | $15,191.87 | $15,191.87 | $2,761.16 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| AL'S MOTORS | 6990-000 | N/A | $320.25 | $320.25 | $58.21 |
| AMERICAN SERVICE CENTER | 6990-000 | N/A | $90,466.66 | $90,466.66 | $16,442.54 |
| AQUIA AUTO INTERIORS | 6990-000 | N/A | $280.00 | $280.00 | $50.89 |
| AQUIA AUTO INTERIORS | 6990-000 | N/A | $550.00 | $550.00 | $99.96 |
| ARLINGTON COUNTY | 6990-000 | N/A | $37,000.00 | $37,000.00 | $6,724.84 |
| AT&T | 6990-000 | N/A | $750.06 | $750.06 | $136.33 |
| AT&T | 6990-000 | N/A | $6,676.70 | $6,676.70 | $1,213.51 |
| AT&T | 6990-000 | N/A | $23,686.22 | $23,686.22 | $4,305.03 |
| AT&T | 6990-000 | N/A | $51,433.09 | $51,433.09 | $9,348.09 |
| BANKS AUTO PARTS | 6990-000 | N/A | $225.00 | $225.00 | $40.89 |
| C&P TELEPHONE | 6990-000 | N/A | $125.35 | $125.35 | $22.78 |
| C&P TELEPHONE | 6990-000 | N/A | $387.08 | $387.08 | $70.35 |
| C&P TELEPHONE | 6990-000 | N/A | $2,741.71 | $2,741.71 | $498.31 |
| C&P TELEPHONE | 6990-000 | N/A | $4,866.74 | $4,866.74 | $884.54 |
| C&P TELEPHONE | 6990-000 | N/A | $8,019.36 | $8,019.36 | $1,457.54 |
| C&P TELEPHONE | 6990-000 | N/A | $9,150.83 | $9,150.83 | $1,663.19 |
| COLLINS STORE | 6990-000 | N/A | $26,127.26 | $26,127.26 | $4,748.69 |
| COOK INLET RADIO C/O SZABO | 6990-000 | N/A | $4,318.00 | $4,318.00 | $784.81 |
| DIVERSIFIED CLEANING SERV | 6990-000 | N/A | $2,306.58 | $2,306.58 | $419.23 |
| DOMINION LEASING | 6990-000 | N/A | $140,000.00 | $140,000.00 | $25,445.34 |
| FAIRFAX CTY | 6990-000 | N/A | $160,032.83 | $160,032.83 | $29,086.36 |
| HENRY'S WRECKER SERV | 6990-000 | N/A | $533.00 | $533.00 | $96.87 |
| HENRY'S WRECKER SERV | 6990-000 | N/A | $755.00 | $755.00 | $137.22 |
| HERNDON OBSERVER | 6990-000 | N/A | $5,286.89 | $5,286.89 | $960.91 |
| IRS | 6810-000 | N/A | $11,224.08 | $11,224.08 | $2,040.00 |
| IRS | 6810-000 | N/A | $13,536.64 | $13,536.64 | $2,460.32 |
| IRS | 6810-000 | N/A | $20,420.60 | $20,420.60 | $3,711.49 |
| IRS | 6810-000 | N/A | $44,532.43 | $44,532.43 | $8,093.88 |
| IRS | 6810-000 | N/A | $74,948.17 | $74,948.17 | $13,622.01 |
| IRS | 6810-000 | N/A | $79,109.67 | $79,109.67 | $14,378.38 |
| IRS | 6810-000 | N/A | $88,835.86 | $88,835.86 | $16,146.13 |
| INTERSTATE BATT | 6990-000 | N/A | $310.65 | $310.65 | $56.46 |
| JACK KLAWANS CHEVROLET | 6990-000 | N/A | $28.62 | $28.62 | $5.20 |

| | | | | | |
|---|---|---|---|---|---|
| KOONS PLAZA LEASING | 6990-000 | N/A | $5,266.36 | $5,266.36 | $957.17 |
| KOONS PLAZA LEASING | 6990-000 | N/A | $6,752.91 | $6,752.91 | $1,227.36 |
| KOONS PLAZA LEASING | 6990-000 | N/A | $21,839.56 | $21,839.56 | $3,969.39 |
| LESTER'S TOWING | 6990-000 | N/A | $1,305.00 | $1,305.00 | $237.19 |
| LOUDON LEASING DEVELOPMENT | 6990-000 | N/A | $166,079.23 | $166,079.23 | $30,185.31 |
| LUSTINE CHEVROLET | 6990-000 | N/A | $243.30 | $243.30 | $44.22 |
| LUSTINE CHEVROLET | 6990-000 | N/A | $913.90 | $913.90 | $166.10 |
| LUSTINE CHEVROLET | 6990-000 | N/A | $1,312.41 | $1,312.41 | $238.53 |
| LUSTINE CHEVROLET | 6990-000 | N/A | $14,941.89 | $14,941.89 | $2,715.73 |
| MD-INVID PRACTICE ASSOC | 6990-000 | N/A | $8,122.48 | $8,122.48 | $1,476.28 |
| MILL STREET DEVELOPMENT CO | 6990-000 | N/A | $64,560.49 | $64,560.49 | $11,734.03 |
| MOBIL OIL CREDIT | 6990-000 | N/A | $12.00 | $12.00 | $2.18 |
| NORTHERN VA NATURAL GAS | 6990-000 | N/A | $7,754.98 | $7,754.98 | $1,409.49 |
| NORTHERN VA NATURAL GAS | 6990-000 | N/A | $10,269.25 | $10,269.25 | $1,866.46 |
| PRINTING PLACE | 6990-000 | N/A | $184.23 | $184.23 | $33.48 |
| PRINCE WILLIAM COUNTY | 6820-000 | N/A | $249.47 | $249.47 | $45.34 |
| PRINCE WILLIAM COUNTY | 6820-000 | N/A | $4,169.51 | $4,169.51 | $757.82 |
| REYNA FINANCIAL | 6990-000 | N/A | $219,942.28 | $219,942.28 | $39,975.05 |
| REYNA FINANCIAL | 6990-000 | N/A | $248,572.20 | $248,572.20 | $45,178.60 |
| REYNOLDS & REYNOLDS | 6210-000 | N/A | $117,072.44 | $117,072.44 | $21,278.20 |
| REYNOLDS & REYNOLDS | 6210-000 | N/A | $117,985.53 | $117,985.53 | $21,444.16 |
| REYNOLDS & REYNOLDS | 6210-000 | N/A | $118,996.23 | $118,996.23 | $21,627.86 |
| REYNOLDS & REYNOLDS | 6210-000 | N/A | $119,778.19 | $119,778.19 | $21,769.98 |
| REYNOLDS & REYNOLDS | 6210-000 | N/A | $120,010.07 | $120,010.07 | $21,812.12 |
| REYNOLDS & REYNOLDS | 6210-000 | N/A | $120,915.28 | $120,915.28 | $21,976.65 |
| REYNOLDS & REYNOLDS | 6210-000 | N/A | $122,176.28 | $122,176.28 | $22,205.84 |
| SPECIAL AUTO BODY | 6990-000 | N/A | $3,108.82 | $3,108.82 | $565.04 |
| TOWN & COUNTRY INVESTMENTS | 6990-000 | N/A | $38,387.05 | $38,387.05 | $6,976.94 |

UST Form 101-7-TDR (10/1/2010)

| Claimant | Code | | Scheduled | Asserted/Allowed | Paid |
|---|---|---|---|---|---|
| VERNER, LIIPFERT | 6990-000 | N/A | $12,147.24 | $12,147.24 | $2,207.79 |
| VIRGINIA POWER | 6990-000 | N/A | $3,044.47 | $3,044.47 | $553.34 |
| VIRGINIA POWER | 6990-000 | N/A | $4,146.16 | $4,146.16 | $753.57 |
| VIRGINIA POWER | 6990-000 | N/A | $6,875.16 | $6,875.16 | $1,249.58 |
| VIRGINIA POWER | 6990-000 | N/A | $8,168.44 | $8,168.44 | $1,484.63 |
| VIRGINIA POWER | 6990-000 | N/A | $14,351.89 | $14,351.89 | $2,608.49 |
| VIRGINIA POWER | 6990-000 | N/A | $16,955.44 | $16,955.44 | $3,081.69 |
| WASHINGTON GAS | 6990-000 | N/A | $2,870.66 | $2,870.66 | $521.75 |
| WASHINGTON GAS | 6990-000 | N/A | $5,633.37 | $5,633.37 | $1,023.88 |
| WASHINGTON POST | 6990-000 | N/A | $4,483.95 | $4,483.95 | $814.97 |
| WASHINGTON POST | 6990-000 | N/A | $8,967.90 | $8,967.90 | $1,629.94 |
| WILMER, CUTLER & PICKERING | 6210-000 | N/A | $1,001.37 | $1,001.37 | $182.00 |
| WILMER, CUTLER & PICKERING | 6210-000 | N/A | $1,001.37 | $1,001.37 | $182.00 |
| WILMER, CUTLER & PICKERING | 6210-000 | N/A | $1,001.37 | $1,001.37 | $182.00 |
| WILMER, CUTLER & PICKERING | 6210-000 | N/A | $1,001.37 | $1,001.37 | $182.00 |
| WILMER, CUTLER & PICKERING | 6210-000 | N/A | $11,712.23 | $11,712.23 | $2,128.73 |
| WILMER, CUTLER & PICKERING | 6210-000 | N/A | $12,711.73 | $12,711.73 | $2,310.39 |
| WILMER, CUTLER & PICKERING | 6210-000 | N/A | $37,445.21 | $37,445.21 | $6,805.76 |
| VARIOUS CH 11 ADMIN CLAIMS | 6990-000 | N/A | | | $25,000.00 |
| George Pitts, Ch11 Counsel Fees | 6700-000 | N/A | | | $4,507.69 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $2,738,923.97 | $2,738,923.97 | $527,313.81 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| VARIOUS WAGE CLAIMS | VARIOUS CLAIMANTS | 5300-000 | $0.00 | $616,641.96 | $616,641.96 | $251,896.53 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $616,641.96 | $616,641.96 | $251,896.53 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| VARIOUS | VARIOUS CLAIMANTS | 7100-000 | $0.00 | $67,271,635.49 | $67,271,635.49 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$67,271,635.49** | **$67,271,635.49** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)